IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES RANDALL ROGERS, | : |
| Plaintiff | : |
| VS. | : |
| GEORGIA DIAGNOSTIC AND CLASSIFICATION PRISON, | : CIVIL ACTION NO. 5:07-CV-111 (WDO) |
| Defendant | : |

## ORDER

Plaintiff **JAMES RANDALL ROGERS**, an inmate at the Georgia Diagnostic and Classification Prison, filed a letter that the Court construed to be a complaint under 42 U.S.C. § 1983. However, he did not use the required 42 U.S.C. § 1983 forms and he did not pay the required $350.00 filing fee or petition the Court to allow him to proceed *in forma pauperis* in this action.

On March 27, 2007, the Court issued an Order giving plaintiff until April 27, 2007 to submit the appropriate § 1983 form and either submit the required $350.00 filing fee or submit an affidavit to proceed *in forma pauperis* along with a certified copy of his trust fund account statement for the last six months. The Court expressly informed the plaintiff that failure to comply with the Court's directives would result in the dismissal of plaintiff's action.

Plaintiff has failed to submit the appropriate 42 U.S.C. § 1983 form; and he has not paid the filing fee or submitted an affidavit to proceed *in forma pauperi*s as ordered by the Court.

On April 4, 2007, Plaintiff did send the Court a letter in which he stated that he desires to "call upon" a class action "lawsuit won in this court by another inmate: James Danial (sic)." A review of court records shows that James Daniels, along with several other inmates on death row at Georgia Diagnostic and Classification Prison in Jackson, Georgia, filed a 42 U.S.C. 1983 action on May 14, 1979. The civil action number in this case was 5:79-CV-110 (WDO). It appears that this case has been closed for quite some time–at least since September 1981.

On March 8, 2000, a new file was opened for William Mark Mize (an inmate on death row at Georgia Diagnostic and Classification Prison) with a new civil action number (5:00-CV-80 (WDO)). In this case, Mize recently filed a motion to "reaffirm" the class. This motion was denied without prejudice.

There is no class action pending in this Court that plaintiff can join. As the Court explained to plaintiff in its previous Order, he must submit the proper forms to proceed in this Court and prisoners proceeding *in forma pauperis* are not allowed to join together as multiple plaintiffs in a single lawsuit. Rather, each prisoner is required to file his own lawsuit and pay the full amount of the filing fee. ***Hubbard v. Haley***, 62 F2d 1194 (11th Cir. 2001).

Because of plaintiff's failure to comply with the Court's instructions in its March 27, 2007 Order, plaintiff's action is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 1st day of May, 2007.

    S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE

lnb